IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT R. MACKAY,

        Plaintiff,                  No. CIV S-05-1750 WBS DAD P

        vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.          FINDINGS AND RECOMMENDATIONS
_____/

        By an order filed November 8, 2005, plaintiff was ordered to pay the required filing fee of $250.00 or submit a properly completed application to proceed in forma pauperis within thirty days. In addition, plaintiff was granted thirty days to file a civil rights complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not paid the appropriate filing fee, has not filed a completed application to proceed in forma pauperis, has not filed a civil rights complaint, and has not otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  Such a document should be captioned "Objections to Magistrate
5  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
6  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
7  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
mack1750.fifp