IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT R. MACKAY,

    Plaintiff,   No. CIV S-05-1750 WBS DAD P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.   ORDER
_____/

    Plaintiff, a state prisoner proceeding pro se, submitted a letter that was liberally construed as presenting civil rights claims under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On December 20, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed December 20, 2005, are adopted in

3  full; and

4  2. This action is dismissed without prejudice.

5  DATED: January 25, 2006

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mack1750.800